# IN THE SUPREME COURT OF THE STATE OF NEVADA

CARL SPENCER KRENDEL,
                          Appellant,
                    vs.
SANTOS PEREZ,
                          Respondent.

No. 79174

**FILED**

FEB 14 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment on an arbitration award. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

This appeal was docketed on July 16, 2019, and this court issued a notice informing appellant of the filing deadlines on that date. Pursuant to the notice, the opening brief or informal brief for parties acting in pro se was due to be filed by November 13, 2019. When appellant failed to file a brief, this court entered an order, on January 13, 2020, directing appellant to file a brief on or before January 21, 2020. This court cautioned appellant that failure to comply with the court's order could result in dismissal of the appeal.[1] To date appellant has not filed the brief and has not otherwise communicated with this court. Accordingly, this court concludes that appellant has abandoned this appeal and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

---

[1]A copy of this order is attached.

SUPREME COURT
OF
NEVADA

(O) 1947A

20-002605

cc:    Hon. Rob Bare, District Judge
        Carl Spencer Krendel
        Chavez Legal Group
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CARL SPENCER KRENDEL,
               Appellant,

vs.

SANTOS PEREZ,
               Respondent.

No. 79174

FILED

JAN 13 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER

Appellant filed the notice of appeal on July 4, 2019, and this court issued a notice informing appellant of the deadlines in this appeal. Pursuant to the notice, the opening brief or informal brief for parties acting in pro se was due to be filed by November 13, 2019. To date appellant has not filed the brief. Appellant shall have 7 days from the date of this order to file either an opening brief that complies with the requirements of NRAP 28(a) and NRAP 32 or the "informal brief for pro se parties" provided by this court. Failure to comply timely with this order may result in the dismissal of this appeal. NRAP 31(d). Respondent need not file a response to the opening brief unless directed to do so by this court. NRAP 46A(c).

It is so ORDERED.

_Pickering_, C.J.

cc:   Carl Spencer Krendel
       Chavez Legal Group

Supreme Court
of
Nevada

(O) 1947A

20-01557